UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 4:16-CV-044 |
| BELINDA J. THOMAS, | ) |
| Defendant. | ) |

## [PROPOSED] ORDER

Before the Court is the United States' Motion to Allow Personal Service on Defendant by the United States Marshals Service. For good cause shown, it is hereby:

ORDERED that the United States Marshals Service shall personally serve the Defendant, Belinda J. Thomas, at the address set forth on Plaintiff's USM-285 form and according to the instructions set forth therein. It is further ORDERED that the United States Attorney's Office shall submit to the Clerk of Court the materials that are to be served on Defendant within three (3) business days of the signing of this Order, and the Clerk of Court shall submit those materials to the United States Marshals Service.

SO ORDERED this 21st day of March, 2016

Honorable G.R. Smith
United States Magistrate Judge
United States District Court
Southern District of Georgia