UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 4:16-CV-044 |
| ) | |
| BELINDA J. THOMAS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is a Motion to Withdraw the Appearance of SaMee Harden as Co-Counsel for the United States in this matter. The aforementioned motion is GRANTED and it is hereby ORDERED that the appearance of Assistant United States Attorney SaMee Harden as co-counsel for the United States is hereby withdrawn. The Clerk is directed to make the appropriate notations to the record.

SO ORDERED, this 14th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA