# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV416-044 |
| | ) | |
| BELINDA THOMAS, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Several weeks ago, the Government unilaterally submitted a Fed. R. Civ. P. 26(f) Report (doc. 12) because defendant Belinda Thomas allegedly refused to cooperate in the development and submission of a proposed discovery plan. One day later, plaintiff received in the mail Thomas' agreement with a proposed plan. Doc. 13 at 1. The Government submitted a joint report a few days thereafter. *Id.*

Due to an administrative oversight, the Court never saw the joint submission -- only the original, unilateral report. The Rules prohibit unilateral reports, so the Court, one week *after* plaintiff filed the joint Rule 26(f) Report, ordered that defendant show cause for her refusal to participate in a discovery conference. Doc. 14. The joint report, of

course, negated the need for any such order. Nevertheless, the Court acknowledges Thomas' timely response (doc. 15) and clarifies that the threat of sanctions is off the table.

**SO ORDERED**, this  20th   day of June, 2016.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA